AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Gregory Downs, V

**V.**

Domingo Uribe, Jr.; Sacramento District Attorney
Office; and California Attorney General Office

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   12cv0232-CAB(NLS)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried
and the jury has rendered its verdict.

[x] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been
tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Dismisses the Petition for failure to state a
cognizable claim for relief.

| February 24, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E. Silvas

(By) Deputy Clerk

ENTERED ON February 24, 2012

12cv0232-CAB(NLS)